IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRELL ANTHONY WARD,
JR,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2638

Opinion filed September 10, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce A. Miller, Public Defender, and Nicholas M. Thomas, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  Petitioner shall be allowed a belated

appeal from the June 28, 2012, judgment and sentence in Escambia County Circuit

Court case number 2011 CF 005809 A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.